```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

JEFFREY R. TONEY                                                PLAINTIFF

       v.        Civil No. 08-5036

NICE-PAK PRODUCTS, INC.                                         DEFENDANT

### ORDER

Now on this 17th day of September, 2008, comes on for consideration plaintiff's **Motion for Voluntary Dismissal** (document #8) and defendant's **Motion for Voluntary Dismissal** (document #9), and the Court, being well and sufficiently advised, finds and orders that the motions should be, and they hereby are, **granted**, and this matter is **dismissed without prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE